U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

August 2, 2013

**BY HAND**
Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. Robert Lustyik, et al.**
              13 Mag. 1921

Dear Judge Yanthis:

      The Government respectfully requests that the above-referenced sealed complaint be unsealed as two of the charged defendants were arrested this morning.

      Respectfully Submitted,

PREET BHARARA
United States Attorney

By: _____
Benjamin Allee
Assistant United States Attorney
(914) 993-1962

APPLICATION GRANTED
SO ORDERED:
GEORGE A. YANTHIS, USMJ

8/2/13